UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVONTE MARSELLES WARREN,

        Plaintiff,

v.

ULCH TRANSPORT LTD., et al.,

        Defendants.

Case No. 2:20-cv-10599

HONORABLE STEPHEN J. MURPHY, III

_____/

## ORDER DISMISSING THE CASE

On or around July 22, 2019, Plaintiff filed a complaint against Defendants in Macomb County Circuit Court. ECF 1-2. On March 6, 2020, Defendants removed the case. ECF 1. Defendants did not indicate that any responsive pleadings had been filed with the state court. Pursuant to Federal Rule of Civil Procedure 81(c), Defendants had 7 days after the notice of removal was filed—until March 13, 2020—to file an answer or otherwise respond to the complaint. To date, Defendants have not filed any responsive pleadings. On March 20, 2020, the Court ordered Plaintiff to show cause, no later than March 27, 2020, why the case should not be dismissed for failure to prosecute. ECF 3. The Court warned that "[f]ailure to respond may result in dismissal of the case." *Id.* at 22. Plaintiff failed to comply with the order. The Court will therefore dismiss the case.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: March 31, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

2